**Order entered April 4, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01118-CR

### GONZALO HERNANDEZ, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F11-52654-Y**

## ORDER

The Court **REINSTATES** the appeal.

On February 28, 2013, we ordered the trial court to make findings regarding why appellant's brief had not been filed. On April 2, 2013, we received appellant's brief, together with an extension motion. Therefore, in the interest of expediting the appeal, we **VACATE** the February 28, 2013 order.

We **GRANT** the April 2, 2013 extension motion and **ORDER** appellant's brief filed as of the date of this order.

/s/ DAVID EVANS
JUSTICE